UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK TWAIN GADDIS,

          Plaintiff,

v.

CITY OF DETROIT,
STEPHEN KUE,
JUSTIN MARROQUIN,
WALLACE RICHARDS,
KHARY MASON, and
PATRICK LANE,

          Defendants.
_____/

Case No. 2:18-cv-13763
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## **SUPPLEMENTAL ORDER (ECF No. 89)**

In October 2020, Defendant produced – in response to RFP No. 9 – more than 3,000 pages of difficult-to-decipher Excel spreadsheets. (ECF No. 89, PageID.6523.) Accordingly, the Court's February 3, 2021 order required that, "defense counsel must send a letter to Plaintiff's counsel," which answers various questions and/or provides certain information, including "who can say how this data was used[?]" (ECF No. 89, PageID.6523-6524.)

On February 23, 2021, via e-mail, the parties jointly requested an emergency status conference related to this question. Plaintiff argues that the question means use "at any point and by any department or individual [relevant to this action][,]"

*e.g.*, "the Chief of Police, the Board of Police Commissioners, and others to whom [Chief Akbar] makes his presentation." Defendants focus on the *breadth* of Plaintiff's February 22, 2021 Fed. R. Civ. P. 30(b)(6) deposition notice and argue that the question means use by OCI, *i.e.*, "the relationship between MAS, OCI, and the Presentations made by Chief Akbar."

The Court conducted a video status conference on March 4, 2021, at which Plaintiff's counsel (Attorneys William H. Goodman, Allison L. Kriger, Julie H. Hurwitz, and Melissa Brown Knox) and Defendants' counsel (Gregory B. Paddison) appeared. For the reasons stated on the record, all of which are incorporated by reference as though fully restated herein, the Court's February 3, 2021 order requires Defendants to answer, "**who** can say how this data was used . . ." (ECF No. 89, PageID.6524 (emphasis added)) *by the Defendants*? As for the mutual agreement to an extension of the March 2, 2021 deadline (ECF No. 89, PageID.1624) and other dates, the parties shall submit a stipulation and order through CM/ECF.

**IT IS SO ORDERED.**

Dated: March 4, 2021

Anthony P. Patti
U.S. Magistrate Judge