UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK TWAIN GADDIS,

    Plaintiff,

v.

    Case No. 18-cv-13763
    Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

    Defendants.
_____/

## ORDER TERMINATING PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL AS MOOT (ECF No. 145)

On March 8, 2022, Plaintiff Mark Twain Gaddis filed a motion to disqualify the City of Detroit Law Department from representing both the individual Defendants in this action and Defendant City of Detroit due to an alleged conflict of interest. (*See* Mot., ECF No. 145.)  Since the filing of that motion, all of the individual Defendants have filed affidavits in which they have waived the purported conflict. (*See* Waivers, ECF Nos. 156, 157, 158, and 162).  Based on those waivers, the Court **TERMINATES** Gaddis' motion to disqualify as **MOOT**.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2023

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2023, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126