UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK TWAIN GADDIS,

    Plaintiff,

v.

                      Case No. 18-cv-13763
                      Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE TRIAL (ECF No. 165)

On June 26, 2023, the Court held a hearing on Defendants' Motion to Bifurcate Trial (ECF No. 165). For the reasons explained on the record during that hearing, Defendants' motion (ECF No. 165) is **GRANTED**. As further explained on the record, the parties shall engage in additional motion practice to assist the Court in determining whether to hold a second trial on Plaintiff's *Monell* claims.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2023, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126