UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK TWAIN GADDIS,

     Plaintiff,

                                     Case No. 18-cv-13763
v.                                     Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

     Defendants.

_____/

### ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED WITNESS LIST (ECF No. 166)

On June 26, 2023, the Court held a hearing on Defendants' Motion to Strike Plaintiff's Amended Witness List (ECF No. 166).  For the reasons explained on the record, Defendants' motion (ECF No. 166) is **DENIED**.  As further explained on the record, the Court will allow Defendants to conduct limited additional discovery focused on the newly-added witnesses.  The Court will set a schedule for that additional discovery and for expert discovery, if necessary, following a to-be-scheduled settlement conference with the parties.  The discovery schedule announced by the Court on the record during the hearing on June 26, 2023 will no longer control.

     **IT IS SO ORDERED.**

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  June 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126