UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK TWAIN GADDIS,

     Plaintiff,

                                      Case No. 18-cv-13763
v.                                   Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

     Defendants.

_____/

## ORDER ADJOURNING DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 178)

Now pending before the Court is a motion by Plaintiff seeking reconsideration of the Court's order granting Defendants' motion to bifurcate trial. (*See* ECF No. 174). Defendants need not respond to the motion until further order of the Court, which the Court will enter if upcoming settlement efforts fail.

**IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  July 11, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 11, 2023, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126